1
2
3
4
5
6
7
8

UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF WASHINGON

9

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Somchai and Duangta Ritnoppakun<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a foreign corporation,<br><br>Defendant. | NO. 2:23-cv-1447<br><br>DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b)<br><br>King County Cause No. 23-2-15328-6 SEA |

TO:     THE CLERK OF THE COURT FOR THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

AND TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Defendant SAMSUNG ELECTRONICS AMERICA, INC. ("Defendant" or "SEA") hereby removes this action from the Superior Court for the State of Washington, in the County of King, to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  The Court has diversity jurisdiction as the parties are not citizens of the same state and the amount-in-controversy exceeds $75,000.  More specifically, the grounds for removal are as follows:

---

DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b) – 1
2:23-cv-1447

286775806v.1

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

## I. BACKGROUND AND PROCEDURAL HISTORY.

1. On August 16, 2023, Plaintiff ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as Subrogee of Somchai and Duangta Ritnoppakun ("Plaintiff") filed a Complaint and thereby commenced a civil action in the Superior Court for the State of Washington, in the County of King, styled *Allstate Property and Casualty Insurance Company, as Subrogee of Somchai and Duangta Ritnoppakun v. Samsung Electronics America, Inc.*, Case No. 23-2-15328-6 SEA ("State Court Action"). See Attachment 1 (Complaint).

2. On August 17, 2023, SEA was served with a copy of the Complaint. See Attachment 2 (Declaration of Service).

## II. TIMELINESS, JOINDER, AND VENUE.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because it is being filed "within thirty days after received by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…" 28 U.S.C. § 1446(b)(1). Plaintiff served SEA on August 17, 2023, and this Notice is filed within thirty days thereafter.

4. The United States District Court for the Western District of Washington is the district within which the State Court Action is pending under 28 U.S.C. §§ 1441(a), 1446(a), and is, therefore, the proper venue for this action. *See also* Local Rule 3(e)(1). Plaintiff filed its state court lawsuit in Superior Court for the State of Washington, in the County of King, which is within the judicial district of this court. 28 U.S.C. § 128(b). Therefore, removal to this Court is proper under 28 U.S.C. § 1446(a).

5. Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal will be filed in

DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b) – 2
2:23-cv-1447

286775806v.1

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

King County Superior Court, and will be served on Plaintiff.

6. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

### III. REMOVAL IS PROPER BECAUSE THIS COURT HAS DIVERSITY JURISDICTION.

7. The Court has diversity jurisdiction over this civil action under 28 U.S.C. § 1332. As detailed below, this action is removable pursuant to 28 U.S.C. § 1441 because there is complete diversity between the proper parties and the amount-in-controversy exceeds the jurisdictional minimum.

#### A. Diversity of Citizenship.

8. Per the Complaint, Plaintiff "is a foreign corporation authorized to transact and do business in the state of Washington." Attachment 1 at ¶ 3. Upon information and belief, Plaintiff is a citizen of Illinois.

9. Defendant SEA is a corporation organized under the laws of the State of New York, with its principal place of business in New Jersey.

10. Neither party is a citizen of the same state and as such, there is complete diversity between the parties.

#### B. Amount in Controversy.

11. Plaintiff claims damages in excess of $75,000. In the Complaint, plaintiff states it has incurred damages and seeks judgment against defendant in the amount of $400,724.02. Attachment 1 at ¶15. Based on Plaintiff's own allegations, Defendant respectfully submits that the $75,000 amount in controversy requirement set forth in 28 U.S.C. §1332 is satisfied.

### IV. CONCLUSION

Wherefore, Defendant SEA respectfully submits that removal of this case to the United

DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b) – 3
2:23-cv-1447

286775806v.1

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

1  States District Court for the Western District of Washington is proper.

2  DATED this 15th day of September, 2023.

3
4                                                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

5
6  By: */s/Dirk J. Muse*
    */s/Carinne E. Bannan*
    Dirk J. Muse, WSBA #28911
7   Carinne E. Bannan, WSBA #52564
    520 Pike Street, Suite 1515
8   Seattle, WA 98101
    (206) 709-5878 (direct)
9   (206) 709-5900 (main)
    (206) 709-5901 (fax)
10  dirk.muse@wilsonelser.com
    carinne.bannan@wilsonelser.com

11
12  *Attorneys for Defendant Samsung Electronics America, Inc.*

13
14
15
16
17
18
19
20
21
22
23
24

DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b) – 4
2:23-cv-1447

286775806v.1

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 15, 2023, a true and correct copy of the foregoing was served on the attorneys of record listed below, via the method indicated:

| *Counsel for Plaintiffs*<br>George M. Shumsky, WSBA #33915<br>Barbara J. Backman, WSBA #25670<br>Brent Hardy, WSBA #45405<br>SHUMSKY & BACKMAN, PLLC<br>219 NW 20th Ave, Suite 201<br>Battle Ground, WA 98604-5083<br>T: 360-891-0442<br>F: 360-891-0110<br>george@shumsky-backman.com<br>barbara@shumsky-backman.com<br>brent@shumsky-backman.com | ☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☒ E-mail<br>☐ E-Service via Court Application<br>☐ Messenger |
|---|---|

I certify under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 15th day of September, 2023, at Mountlake Terrace, Washington.

*/s Carinne E. Bannan*
Carinne E. Bannan

DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b) – 5
2:23-cv-1447

286775806v.1

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)