UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Somchai and Duangta Ritnoppakun<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a foreign corporation,<br><br>Defendant. | NO. 2:23-cv-01447-MJP<br><br>STIPULATED MOTION FOR LIMITED ADJUSTMENT OF CASE SCHEDULE<br><br>DATE ON MOTION CALENDAR: MAY 6, 2024 |

## I.     STIPULATION

The parties respectfully request adjustments to the Court's Order Setting Trial Date and Related Dates (dkt. #11) regarding the discovery deadlines, as provided below.  Good cause for the adjustments exists.  The parties have been making diligent efforts to complete discovery.  They have exchanged written discovery, are in the process of scheduling depositions, and their experts are working to arrange for a joint inspection so reports can be finalized.  However, some discovery has taken slightly longer than anticipated due to unforeseen circumstances.  There have been some challenges in locating the homeowners in order to schedule their depositions, and some documents took longer than anticipated to locate for production.  Additionally, while

STIPULATED MOTION FOR LIMITED ADJUSTMENT OF CASE SCHEDULE – 1
2:23-cv-01447-MJP

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

experts have been retained, the defense expert's schedule does not allow for completion of the inspection of the product and production of a report in compliance with the existing case schedule.

The parties therefore request the Court adjust and continue the discovery deadlines in this case for one month, as provided below.

|  | Current Date | Proposed Date |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | May 20, 2024 | June 20, 2024 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | June 20, 2024 | July 19, 2024 |
| Discovery completed by | July 19, 2024 | August 19, 2024 |

DATED this 7th day of May, 2024.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s Carinne E. Bannan*
Dirk J. Muse, WSBA #28911
Carinne Bannan, WSBA #52564
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5878 (direct)
dirk.muse@wilsonelser.com
carinne.bannan@wilsonelser.com

*Attorneys for Defendant Samsung Electronics America, Inc.*

STIPULATED MOTION FOR LIMITED ADJUSTMENT OF CASE SCHEDULE – 2
2:23-cv-01447-MJP

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

| | |
|---|---|
| 1 | LAW OFFICES OF SHUMSKY & BACKMAN |
| 2 | |
| 3 | _/s Brent Hardy_ |
| | George M. Shumsky, WSBA #33915 |
| 4 | Barbara J. Backman, WSBA #25670 |
| | Brent Hardy, WSBA #45405 |
| 5 | 219 NW 20th Ave, Suite 201 |
| | Battle Ground, WA 98604 |
| 6 | 360-891-0442 |
| | brent@shumsky-backman.com |
| 7 | |
| | *Attorneys for Plaintiff Allstate Property and Casualty Insurance Company* |
| 8 | |

STIPULATED MOTION FOR LIMITED ADJUSTMENT OF CASE SCHEDULE – 3
2:23-cv-01447-MJP

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

## ORDER

Based on the foregoing, the Stipulated Motion for limited adjustment of case schedule is granted.

Dated: May 7, 2024

Honorable Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION FOR LIMITED ADJUSTMENT OF CASE SCHEDULE – 4
2:23-cv-01447-MJP

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)