UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Somchai and Duangta Ritnoppakun,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA INC., a foreign corporation,<br><br>Defendant. | CASE NO. 2:23-cv-01447-MJP<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

This matter comes before the Court on Defendant Samsung Electronics America, Inc.'s Motion for Summary Judgment. (Dkt. No. 17.) In the Reply, Defendant confirmed its representative's attendance in an upcoming Fed. R. Civ. P. 30(b)(6) deposition noted by Plaintiff Allstate Property and Casualty Insurance Co. (Dkt. No. 23 at 6.) That deposition was scheduled to take place on September 17, 2024, a day after Defendant's Reply was filed. (Id.)

Additional briefing regarding the outcome of that 30(b)(6) deposition would be helpful to the Court. The Court therefore ORDERS Plaintiff Allstate to file a supplemental brief based on

ORDER FOR SUPPLEMENTAL BRIEFING - 1

the content its deposition of Defendant's designee. Allstate shall file its brief no later than <u>Friday, October 4, 2024</u>, and its brief shall not exceed 2,000 words. Defendant may file an optional supplemental brief in response by no later than <u>Friday, October 11, 2024</u>. Defendant's supplemental brief shall not exceed 2,000 words.

The Court further DIRECTS the Clerk to re-note Defendant's motion for summary judgment for Friday, October 11, 2024.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 25, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER FOR SUPPLEMENTAL BRIEFING - 2