# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS AMERICA INC.,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:23-cv-01447-MJP |

\_\_   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

 THE COURT HAS ORDERED THAT

  (1) Defendant's motion for summary judgment is GRANTED;

  (2) Defendant is entitled to summary judgment in its favor on all claims; and

  (3) This matter is terminated.

//

//

//

Dated November 21, 2024.

                                                    Ravi Subramanian
                                                    Clerk of Court

                                                    s/ Kathleen Albert
                                                    Deputy Clerk